UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY VEAL,<br>Plaintiff,<br>v.<br>CAL/PIA MEAT PLANT SUPERVISOR,<br>Defendant. | No. 2:24-cv-01490 DAD EFB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE</u><br><br>(Doc. Nos. 2, 10) |

Plaintiff Leroy Veal is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to state a cognizable claim. (Doc. No. 11.) Specifically, the magistrate judge concluded that plaintiff had failed to allege exacerbating conditions that would show deliberate indifference on the part of his prison job supervisor and that after his complaint had been dismissed at screening for this reason, plaintiff had failed to file an amended complaint within the time provided for him to do so. (Doc. Nos. 8 at 3; 11 at 1.)

/////

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 11 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 17, 2025 (Doc. No. 11) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 15, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE